IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **14-cv-1341-AP**

**TAMMY J. HAMMER,**

                    Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

                    Defendant.

---

### ORDER FOR AWARD OF EAJA FEES

---

Kane, J.

In light of the parties' Stipulation regarding fees under the Equal Access to Justice

Act (EAJA) (Doc. 23), it is

**ORDERED** that the Defendant shall pay to Plaintiff, through counsel, reasonable

attorney fees and expenses in the amount of **$3,155.13**.  As set forth in the Stipulation, the

parties agree EAJA award is without prejudice to Plaintiff's attorney's right to seek

attorney fees under § 206(b) of the Social Security Act, 42 U.S.C. § 406(b), which would

then be subject to the offset provisions of the EAJA.  *See* 28 U.S.C. § 2412(c)(1) (2006).

Dated at Denver, Colorado, this 1ST day of April, 2015.


                                        *s/John L. Kane*
                                        Senior U.S. District Court Judge